IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY, AN ILLINOIS CORP; ET AL.**<br>Plaintiff/Petitioner | Cause No.:    2:15-cv-00937-RAJ<br>Hearing Date: |
| vs.<br>**MOLLY REEVE; ET AL.**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **25th day of June, 2015** at **10:35 AM** at the address of **23507 48TH AVE W, MOUNTLAKE TERRACE, Snohomish County, WA 98043**; this declarant served the above described documents upon **SUSAN ROSS** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **A.J ROSS, DESCENDANT, CO-RESIDENT, who accepted service, with identity confirmed by verbal communication, a brown-haired white male approx. 16-18 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $ 69.50

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: Foley, Douglas & Associates
Ref #: ALLSTATE INDEMNITY COMPANY, ET AL. V. MOLLY REEV...

Tracking #: 0007567241



Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 25TH day of JUNE, 2015

_____
Marco Rulsla, Reg. # 2011-26, Snohomish County, WA

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

For: Foley, Douglas & Associates,
Ref #: ALLSTATE INDEMNITY COMPANY, ET AL. V MOLLY REEV...

Tracking #: 0007567241
