AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

THE HONORABLE RICHARD A JONES

ALLSTATE INDEMNITY, et al
_____
Plaintiff
v.
Molly Reeve, a single woman, et al
_____
Defendant

Case No. 2:15-cv-00937-RAJ

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Appearance Pro Se

Date: 07/15/2015

_____
Attorney's signature       Pro Se

Wayne Ross
_____
Printed name and bar number

23507 48th Ave W
Mountlake Terrace
WA  98043
_____
Address

s1eec@aol.com
_____
E-mail address

(425) 329-5739
_____
Telephone number

_____
FAX number

FILED
LODGED
ENTERED
RECEIVED
JUL 15 2015
BY WESTERN DISTRICT OF WASHINGTON
CLERK U.S. DISTRICT COURT AT SEATTLE
DEPUTY